**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No.: 0:26-cv-60380-EA-PDAB

CHANDRA MARCELLA,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

                             /

## JOINT MOTION TO CONDUCT MEDIATION VIA VIDEOCONFERENCE

Plaintiff, Chandra Marcella ("Ms. Marcella"), and Defendant, The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), file this joint motion and seek leave from this Court to conduct mediation via videoconference, and state as follows:

1.      On April 6, 2026, this Court entered an Order requiring the parties complete mediation by October 23, 2026, and that said mediation be in person with all parties and their attorneys participating in person. (ECF No. 9.)

2.      Pursuant to the Court's Order, the Parties have chosen Jack L. Townsend, Sr. as mediator.

3.      Ms. Marcella resides in Indiana; the representative from Prudential resides in Maine; Counsel for Prudential is located in Miami, Florida; Counsel for Plaintiff are located in Weston, Florida; and Mr. Townsend is in Tampa, Florida.

4.      Counsel for the Parties, Hector Rivera and Gregory Dell and Alexander Palamara, have opposed each other in multiple cases over the past several years, and have a mutual respect and working rapport that has resulted in the resolution of nearly every case without the Court's

involvement. Many of the cases they have mediated together within the past decade have been with the mediator selected for this case, Jack L. Townsend, Sr. The Parties and their counsel expect that this history increases the likelihood that mediation of this case would be equally as effective via videoconference as it would be if the mediation were held in person.

5. The Parties agree that it would be a substantial burden and expense for their clients to travel to the mediation in Tampa, Florida and appear in person for the mediation. Additionally, the Plaintiff suffers from Agoraphobia and does not leave her home.  The Parties and their respective counsel respectfully request permission from the Court to conduct this mediation via videoconference.

6. This will not in any way inhibit the Parties from holding a meaningful mediation. To the contrary, it will relieve all sides of travel and scheduling concerns and allow the Parties to conduct a productive mediation.

7. Accordingly, the Parties respectfully request that this Court enter an order permitting the Parties to conduct mediation via videoconference.

***Respectfully submitted this 6th day of May 2026,***

| | |
|---|---|
| */s/ Hector R. Rivera* | */s/ Alexander A. Palamara* |
| Hector R. Rivera | Alexander Arthur Palamara |
| hrivera@qpwblaw.com | Alex@diattorney.com |
| QUINTAIROS, PRIETO, WOOD | Attorneys Dell & Schaefer Chartered |
| & BOYER, P.A. | 2625 Weston Road |
| 9300 S. Dadeland Blvd., 4th Floor | Weston, FL 33331 |
| Miami, FL 33130 | Tel : (954) 620-8300 |
| Tel: (305) 670-1101 | |
| Fax: (305) 670-1161 | Gregory Michael Dell |
| *Attorneys for Defendant* | gdell@dnslaw.com |
| | Dell & Schaefer |
| | 2404 Hollywood Boulevard |
| | Hollywood, FL 33020 |
| | Tel: (954) 920-7932 |
| | Fax: (954) 922-6864 |
| | *Attorneys for Plaintiff* |