**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO: 0:26-CV-60380-EA**

CHANDRA MARCELLA,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Chandra Marcella ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on June 24, 2026, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

326765359v.1

**Dated: June 25, 2026**

By: */s/ Alexander A. Palamara*
    (with permission)

Alexander A. Palamara, Esquire
Attorneys Dell and Schaefer, Chartered
2625 Weston Road
Weston, FL 33331
Tel: (954) 620-8300
Facsimile: (954) 922-6864
E-mail: alex@diattorney.com

*Counsel for Plaintiff Chandra Marcella*

**Dated: June 25, 2026**

By: */s/ Hector R. Rivera*

Hector R. Rivera
hrivera@qpwblaw.com
QUINTAIROS, PRIETO, WOOD &
BOYER, PA
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130
Telephone:  (305) 670-1101 x 1012
Facsimile:  (305) 670-1161

*Counsel for Defendant The Prudential Insurance Company of America*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2026, a true and correct copy of the foregoing Joint Notice of Settlement and Request for Stay has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Gregory Michael Dell
Alexander Arthur Palamara
Dell & Schaefer
2404 Hollywood Boulevard
Hollywood, FL 33020
gdell@dnslaw.com
alex@diattorney.com

/s/ Hector R. Rivera
Hector R. Rivera, Esq.
*Attorneys for Defendant*
*The Prudential Insurance Company of America*

3

326765359v.1