**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO: 0:26-CV-60380-EA**

CHANDRA MARCELLA,

      Plaintiff,

   v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice. Each party shall bear its own costs, attorney's fees and expenses.

**Dated: July 7, 2026**

By: */s/ Alexander A. Palamara*
    (with permission)

Alexander A. Palamara, Esquire
Attorneys Dell and Schaefer, Chartered
2625 Weston Road
Weston, FL 33331
Tel: (954) 620-8300
Facsimile: (954) 922-6864
E-mail: alex@diattorney.com

*Counsel for Plaintiff Chandra*
*Marcella*

**Dated: July 7, 2026**

By: */s/ Hector R. Rivera*

Hector R. Rivera
hrivera@qpwblaw.com
QUINTAIROS, PRIETO, WOOD &
BOYER, PA
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130
Telephone:  (305) 670-1101 x 1012
Facsimile:  (305) 670-1161

*Counsel for Defendant The Prudential*
*Insurance Company of America*

326765467v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2026, a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Gregory Michael Dell
Alexander Arthur Palamara
Dell & Schaefer
2404 Hollywood Boulevard
Hollywood, FL 33020
gdell@dnslaw.com
alex@diattorney.com

/s/ Hector R. Rivera
Hector R. Rivera, Esq.
*Attorneys for Defendant*
*The Prudential Insurance Company of America*

2

326765467v.1