**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60380-EA**

**Chandra Marcella,**

      Plaintiff,

v.

**The Prudential Insurance Company of America,**

      Defendant.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the parties' joint stipulation of dismissal with prejudice [ECF No. 16]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 7th day of July 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Gregory Michael Dell**
Dell & Schaefer
2404 Hollywood Boulevard
Hollywood, FL 33020
954-920-7932
Fax: 922-6864
Email: gdell@dnslaw.com

**Alexander Arthur Palamara**
Attorneys Dell & Schaefer Chartered
2625 Weston Road
Weston, FL 33331
954-620-8300
Email: Alex@diattorney.com

**Hector Ralph Rivera**
Quintairos Prieto Wood & Boyer PA
9300 S Dadeland Boulevard
4th Floor
Miami, FL 33156
305-670-1101
Fax: 305-670-1161
Email: hrivera@qpwblaw.com